# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TRACY HIBLER,

        Plaintiff,

vs.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

Case No. 5:17-CV-02511 (VEB)

JUDGMENT

    For the reasons set forth in the accompanying Decision and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is

1  GRANTED; (3) judgment is entered in the Commissioner's favor; and (4) the Clerk
2  of the Court shall CLOSE this case.
3      DATED this 28th day of May 2019,

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE